**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JOHNNY LEE SADDLER**                                                                  **PETITIONER**

**v.**                                                                                    **No. 1:26-cv-00079-RPC-RP**

**STATE OF MISSISSIPPI**                                                                 **RESPONDENT**

**ORDER GRANTING PETITIONER'S MOTION
TO PROCEED IN FORMA PAUPERIS AND
DIRECTING STATE TO RESPOND**

Johnny Lee Miller has filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254

and seeks to proceed *in forma pauperis*. It is **ORDERED:**

1. That the petitioner's application for leave to proceed *in forma pauperis* [2] is **GRANTED**.

2. No later than August 11, 2026, the Respondent, through Lynn Fitch, the Attorney General

of the State of Mississippi, must file an answer to this petition, along with full transcripts of all

proceedings in the state courts of Mississippi arising from the charge of taking of a motor vehicle

against the petitioner in the Circuit Court of Lowndes County, Mississippi (to the extent such

transcripts are relevant to the State's response). If a response to any future motions is required,

the Court will request one be filed.

3. Within 14 days of service upon him of a copy of respondent's answer, petitioner may file

his traverse or reply to the allegations contained in such answer.

4. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the

petition, this order, acknowledgment of service of process form, and any other initial filings, upon

Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant

Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the

completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could also lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 14th day of May, 2026.


  _/s/ Roy Percy_____
**UNITED STATES MAGISTRATE JUDGE**